**Page 1**

HEARING BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION


IN RE:  BANK OF AMERICA HOME
     AFFORDABLE MODIFICATION      MDL NO:  2193
     PROGRAM (HAMP)




September 30, 2010


At Vanderbilt University Law School
Nashville, Tennessee

Page 2

```
 1   APPEARANCE:
 2   For Plaintiffs Isaac Mikhail, et al:
 3       JOSHUA H. GRABAR, ESQ.
         Bolognese & Associates, LLC
 4       Philadelphia, Pennsylvania
 5
 6   For Plaintiffs Joseph Haber, et al.:
         NOAH AXLER, ESQ.
 7       The Law Office of Noah Axler, LLC
         Philadelphia, Pennsylvania
 8
 9   For Plaintiff Debra Matthews:
10       JUSTIN T. BERGER, ESQ.
         Cotchett, Pitre & McCarthy
11       Burlingame, California
12
13   For Plaintiffs Patricia Johnson, et al.:
         SHEENAN KAVANAGH, ESQ.
14       Roddy, Klein & Ryan
         Boston, Massachusetts
15
16   For Defendants BAC Home Loans Servicing, LP,
         Bank of America, NA, and
17       Countrywide Home Loans, Inc.:
18       JAMES W. MCGARRY, ESQ.
         Goodwin, Procter, LLP
19       Boston, Massachusetts
20
21   COURT REPORTER:
             Deborah M. Fernau
22
23
24
25
```

Page 3

1                I N D E X

2                                  Page

3

    By Mr. Grabar. . . . . . . . . . . . . .    04

4

    By Mr. Axler . . . . . . . . . . . . . .    08

5

    By Mr. Berger. . . . . . . . . . . . . .    10

6

    By Ms. Kavanagh . . . . . . . . . . . .    11

7

    By Mr. McGarry . . . . . . . . . . . . .    13

8

9

10    Reporter's Certificate                   17

11

12

13

14

15

16

17

18

19

20

21

22

23    ** [sic] Exactly as Stated
     ** (phonetic) As the Word Sounded

24

                        ~*~

25

Page 4

```
 1                    P R O C E E D I N G S
 2            JUDGE HEYBURN:  We have one case left on
 3    the docket.  That's going to take maybe a total of 10
 4    to, maybe, 15 minutes max.  I don't know what your
 5    class schedule is, but if you feel like -- some of the
 6    students feel like they have to leave now, now would
 7    be a good time to do that.
 8            (Students leave.)
 9            JUDGE HEYBURN:  I didn't mean to rob you
10    of your audience.  Apparently your reputation has not
11    preceded you.
12            This is 2193, Bank of America Home
13    Affordable Modification Program Contract Litigation.
14            Mr. Grabar?
15            MR. GRABAR:  Good morning, Your Honors.
16    I'm Josh Grabar on behalf of the Mikhail Plaintiffs.
17    We filed an action against Bank of America and BAC
18    Home Loan Servicing, which is pending before Judge
19    Walls in the District New Jersey.
20            JUDGE FERGESON:  Speak up just a little
21    bit.
22            MR. GRABAR:  Yes, sir.
23            All parties who seek to represent a class
24    in this action and who submitted paperwork in this
25    matter, as well as the defendants, have agreed that
```

**Page 5**

```
 1   centralization is appropriate for coordinated pretrial

 2   proceedings under the 28 USC 1407, and that such

 3   centralization should be related to the class action

 4   cases only.

 5            The Mikhail and other plaintiffs feel

 6   that the appropriate transferee jurisdiction should be

 7   the District of New Jersey for many of the factors

 8   that this panel frequently views.

 9            First, I should let the panel know that,

10   upon reviewing the various responses, the following

11   consultation with Plaintiffs' Counsel, it appears that

12   the most appropriate transferee is the District of New

13   Jersey because it has the unanimous consent as an

14   appropriate jurisdiction by all plaintiffs who have

15   filed.  This panel typically does consider the

16   preferences of parties in selecting the jurisdiction,

17   as you well know.

18            While there is no geographical center of

19   gravity for this case, the District of New Jersey is

20   proximate to key witnesses and documents.  There is a

21   Bank of America Loans Operation Center in Buffalo,

22   New York; one in Pittsburgh, PA; Washington, D.C. is

23   the location of the formation of the services of

24   participation agreement, with respect to the

25   administration of HAMP, under which this action is
```

Page 6

1  being brought.

2            The District of New Jersey in Newark,

3  where Judge Walls presides, is a jurisdiction where

4  costs and inconvenience would be minimized.

5  Obviously, there's a very large airport there.  It's

6  easily accessible by Amtrak and other forms of

7  regional rail.  And the experience of Judge Walls' and

8  skill in MDL and in other class action caseloads is

9  apparent.  In fact, he recently concluded an MDL where

10  51 different lawsuits were transferred, and that was

11  the Cendant litigation.  Alternatively, I would

12  purport that both the Central District of California

13  and the Western District of Washington are appropriate

14  alternatives.

15            Upon consultation with the parties, I've

16  determined that the vast majority of plaintiffs also

17  support the Central District of California as an

18  appropriate venue.  And, obviously, BAC Home Loans is

19  headquartered there.  So many of the modification

20  contracts with homeowners likely occurred there.

21  Also, Judge Real has plenty of experience, as we all

22  know.

23            Finally, I am told that the Western

24  District of Washington remains a jurisdiction in which

25  a case has substantially progressed and discovery has

Page 7

 1   begun to proceed.

 2               JUDGE FERGESON:  Can I ask you a

 3   question?

 4               MR. GRABAR:  Yes.

 5               JUDGE FERGESON:  How did it come about

 6   that everyone agreed that the individual actions

 7   should not be a part of the MDL?

 8               MR. GRABAR:  I think that there are a

 9   number of factors there.  Number one, many of those

10   individual actions occurred pre-HAMP.  That is, some

11   of those actions had nothing to do with somebody

12   trying to get a temporary trial payment plan.  Many of

13   those actions are significantly further along or in a

14   different place than the class actions are, which,

15   essentially, are all still in their infancy.

16               Also, with respect to the class actions,

17   we think that we're going to be dealing with very

18   similar, if not identical, discovery issues across the

19   board, on the individual actions, in many instances, a

20   significant amount of litigation has occurred.  And a

21   lot of that is straight out with respect to

22   contractual obligations between the bank and an

23   individual homeowner, where these class actions also

24   involve a homeowner's right as an intended third-party

25   beneficiary under HAMP.

```
 1            JUDGE FERGESON:  Thank you very much.
 2            MR. GRABAR:  Thank you, Your Honor.
 3            JUDGE HEYBURN:  Mr. Axler?
 4            MR. AXLER:  Good morning, Your Honors.
 5    Noah Axler.  I'm counsel for Joseph and Gina Haber,
 6    Plaintiffs in the action pending with the Eastern
 7    District of Pennsylvania.  I come from Philadelphia to
 8    say a few kind words about my city and the Eastern
 9    District of Pennsylvania, of course, with respect to
10    this litigation.
11            I support the majority of my colleagues
12    in the conclusion that the District of New Jersey is
13    the most appropriate form for this litigation;
14    however, for the same reasons that the District of New
15    Jersey is appropriate, the Eastern District of
16    Pennsylvania is also a suitable forum.  It is close to
17    North Carolina, headquarters of Bank of America; it is
18    also close to Washington, D.C. seat of our Federal
19    Government, an important factor here, as Mr. Grabar
20    mentioned, because the HAMP program was initiated by
21    the Treasury Department.
22            JUDGE HEYBURN:  It seems like there are
23    lots of connections all over the country with this
24    litigation.  Is there some discovery or a set of
25    deponents that are in one place that we could say
```

 1   constitutes the center of gravity, or not?

 2           MR. AXLER:  I don't know that we know

 3   enough to say that yet, Your Honor.  In fact,

 4   Mr. Grabar's statement that this -- some discovery has

 5   proceeded in Seattle comes as news to me.  Frankly, it

 6   is tough to pick a center of gravity in this -- in

 7   these 40 cases.  So I think it's going to come down to

 8   the convenience of the parties, the experiences -- the

 9   experience of the judges involved.  And I think

10   there's one other factor that's been raised, which I'd

11   like to address, which is, focus on the litigation

12   that is most procedurally advanced.

13           I can say for my part, since filing the

14   case on the behalf of the Habers, I've been receiving

15   dozens and dozens of calls from potential plaintiffs

16   who are in danger of losing their houses, want to know

17   what can be done, what to know what's going on with

18   the class cases.  And as a result of those calls --

19   and I know that these calls are also being received by

20   my colleagues -- I've learned a lot of additional

21   facts since the filing of my complaint, and I'm sure

22   the same is true of my fellow Plaintiffs' Counsel.

23           So whichever Courts ultimately hears

24   these cases, that judge, whether he or she has looked

25   at a lot of papers in the pending cases or not, will

Page 10

1   have a lot of new material to consider.  Thank you,

2   Your Honors.

3                JUDGE HEYBURN:  Thank you.

4                Mr. Berger?

5                MR. BERGER:  Good morning, Your Honors.

6   Justin Berger of Cotchett, Pitre, & McCarthy on behalf

7   of Debra Matthews in the Central District of

8   California.

9                To answer Your Honor's question, I

10  believe there is a center of gravity in this case, and

11  it is the Central District of California, for three

12  reasons.  First of all, BAC Home Loan Servicing, the

13  arm of Bank of America that was tasked with

14  administering these loan modifications, is based in

15  Calabasas, California, which is in the Central

16  District of California.

17               Second of all, one-third of Bank of

18  America's entire residential mortgage portfolio are on

19  homes in California, and 12 to 13 percent of those

20  mortgages are in the Los Angeles area.  That's 12 to

21  13 percent of all their mortgages nationwide.  So

22  accordingly, a similar plurality of putative class

23  members will likely be in the Central District as

24  well.

25               The third, the defendant is in agreement

Page 11

 1   that the Central District would be an appropriate
 2   venue for these matters.
 3              Finally, Your Honors, I just want to
 4   point out that we are not seeking transfer to a
 5   particular judge in the Central District.  We request
 6   transfer to whichever judge in the Central District
 7   the panel deems most appropriate.  Thank you.
 8              JUDGE FERGESON:  There's only one -- only
 9   Judge Real has a case in the Central District.
10              MR. BERGER:  That's correct, at this
11   time, Your Honor.  Thank you.
12              JUDGE FERGESON:  All right.
13              Let's see, Ms. Kavanagh?
14              MS. KAVANAGH:  Good morning, Your Honors.
15   Shannon Kavanagh on behalf of the Massachusetts
16   plaintiffs.  We are in agreement that the cases should
17   be transferred and consolidated and that it should be
18   the class actions and not the individual actions in
19   the consolidation; however, we feel that the District
20   of Massachusetts is the most suitable forum in which
21   to proceed.
22              Initially, the Massachusetts plaintiffs
23   had the first filed case in the country.  And it
24   appears that the subsequently filed cases were able to
25   use the Massachusetts complaint as a template for

Page 12

1    their claims.  The Massachusetts case is one of the

2    most procedurally advanced cases.  And since we filed

3    our briefing, there have been some procedural

4    advancements in the case:  a couple of motions have

5    been filed, one for provisional class certification,

6    and a second for preliminary injunctive relief.  And

7    the purpose for those motions is to address the phone

8    calls that Plaintiffs' Counsel have mentioned.  We're

9    receiving hundreds of phone calls per week from people

10   who are in foreclosure and in urgent need of

11   assistance.

12           Judge Zobel does not currently have any

13   MDLs on her docket, so docket congestion is not an

14   issue here.  She has extensive experience in consumer

15   class actions, in particular, and has had many MDLs

16   over which she's presided.

17           And in terms of convenience, Your Honors,

18   as well, personally, this doesn't mean too much to me.

19   It's very convenient for the defendants who are

20   headquartered -- Defendants' Counsel is headquartered

21   in Boston, and in addition, one of Plaintiff's Counsel

22   is in Boston as well.

23           JUDGE FERGESON:  You alternatively would

24   urge New Jersey as a place for the MDL?

25           MS. KAVANAGH:  Correct.

Page 13

```
 1              JUDGE FERGESON:  Thank you.
 2              JUDGE HEYBURN:  Thank you very much.
 3          Mr. McGarry?
 4          MR. MCGARRY:  Good morning.  Jim McGarry
 5   on behalf of the Bank of America defendants.
 6              Like my colleague from Johnson & Johnson
 7   on the last panel, I find myself in the odd position
 8   of agreeing wholeheartedly with Ms. Kavanagh, as she
 9   and I have litigated a number of cases against each
10   other over the years, and it's rare that we come out
11   at the same place.
12              Again, I think everyone is in agreement
13   that the class action should be consolidated, the
14   individual cases should not.  We believe the cases
15   should be consolidated in the District of
16   Massachusetts for a number of reasons:  One, as
17   Ms. Kavanagh mentioned, her case is the first filed
18   case in the country on these issues, and it is the
19   case from which all the other cases are substantially
20   based.  In fact, most are literally copied, in large
21   part, from the complaint that her firm filed.
22              It is also the most procedurally advanced
23   case.  There's a motion to dismiss that is fully
24   briefed.  There -- as Ms. Kavanagh mentioned, there is
25   a motion for preliminary injunction and a motion for
```

Page 14

1  provisional class certification, which will be fully

2  briefed in a week.  And my expectation is that

3  Ms. Kavanagh will ask for and get a hearing on that

4  motion immediately, given the type of relief that is

5  sought.

6          JUDGE FERGESON:  What about Mr. Berger's

7  argument that, really, this whole program is

8  administered by your company in California and

9  plurality of almost all of the people that are

10 involved, Plaintiffs' point of view, are in

11 California.  What about that point?

12         MR. MCGARRY:  I would say a few things in

13 response to that point.  One is, the mortgage business

14 of Bank of America Home Loans and the servicing

15 operation is, in fact, based in the Central District

16 of California.  That's true.  I think in terms of

17 company witnesses, we are going to go to California to

18 take the de- -- these guys are going to go to

19 California to take the depositions of witnesses out

20 there, whether the case is based in Massachusetts or

21 in California.

22         In terms of the plaintiff witnesses,

23 there are a number of -- a large number of borrowers

24 in California of Bank of America.  That is not in

25 dispute.  There is one named plaintiff who resides in

REPORTED BY: Deborah M. Fernau          www.huseby.com
HUSEBY, INC. - 167 8th Avenue North, Suite 204, Nashville, TN 37203   (615) 832-0090

Page 15

1    the Central District of California.   The class members

2    are not going to have their depositions taken.

3    They're not going to have their documents be produced.

4              So in terms of the witnesses who will be

5    involved in the Central District of California, there

6    are more plaintiffs in other places by far than there

7    are in the Central District of California.

8              As Ms. Kavanagh mentioned, Judge Zobel

9    doesn't have an MDL on her docket.   She has tons of

10   experience in other MDLs proceedings and complicated

11   class actions.   Her case is the most procedurally

12   advanced.

13             I want to make a couple of comments on

14   other points.   New Jersey has no connection whatsoever

15   to this case, other than the fact that the Mikhail's

16   lawyers and the Mikhails live there, one plaintiff,

17   one set of lawyers.   That's the only connection New

18   Jersey has.   Newark Airport and Boston Logan are, you

19   know, relatively comparable in terms of getting to

20   various places on the East Coast.

21             I'll make a pitch for Logan, that it

22   takes five minutes to get downtown in a cab from the

23   airport.   The Western District --

24             JUDGE HEYBURN:   I'm sort of getting the

25   picture from all of you, quite frankly, that the --

Page 16

 1    you know, the litigation could be anywhere if we found

 2    a judge who was willing to take hold of it and really

 3    organize the litigation, that -- you know, within

 4    limits.  There's going to be depositions all over the

 5    place.  There's certainly plaintiffs all over the

 6    place.  And, you know, Bank of America's a big

 7    company, and they're a lot of places.

 8             MR. MCGARRY:  To some extent, I don't

 9    think any of us could argue with you on that, Judge

10    Heyburn.  I think that the fact that we have a case

11    that is moving forward with a capable judge in which

12    there are very significant issues going to be decided

13    in the very near future, Counsel is in favor of

14    Massachusetts.

15             JUDGE HEYBURN:  Thank you very much.

16             MR. MCGARRY:  Thank you.

17             JUDGE HEYBURN:  We'll take the matter

18    under submission.  And thank all of you for your

19    arguments.

20             And, again, our thanks to Vanderbilt Law

21    School for being such a gracious host.

22             THE CLERK:  All rise.  The judicial panel

23    will stand in recess subject to further call.

24             FURTHER SAITH NOT.

25             (The proceeding concluded at 10:59 a.m.)

**Page 17**

1            C E R T I F I C A T E

2

3       I, Deborah M. Fernau, court reporter, do hereby

4 certify that the within and following complete

5 transcript contains all evidence requested to be

6 transcribed by me, from the proceedings had in or at

7 the hearing of the foregoing cause in said court; and

8 that said complete transcript is a correct and

9 complete transcription of the evidence requested to be

10 transcribed from the record made at the time of said

11 proceedings or trial.

12       Dated this 15th day of October, 2010.

13

14

15

16

                           Deborah M. Fernau, TLCR No. 306

17                            Court Reporter

18

19

20

21

22

23

24

25

**A**

**able**
11:24
**accessible**
6:6
**action**
4:17,24 5:3,25 6:8
8:6 13:13
**actions**
7:6,10,11,13,14,16
7:19,23 11:18,18
12:15 15:11
**addition**
12:21
**additional**
9:20
**address**
9:11 12:7
**administered**
14:8
**administering**
10:14
**administration**
5:25
**advanced**
9:12 12:2 13:22
15:12
**advancements**
12:4
**Affordable**
1:4 4:13
**agreed**
4:25 7:6
**agreeing**
13:8
**agreement**
5:24 10:25 11:16
13:12
**airport**
6:5 15:18,23
**al**
2:2,6,13
**alternatively**
6:11 12:23

**alternatives**
6:14
**America**
1:3 2:16 4:12,17
5:21 8:17 10:13
13:5 14:14,24
**America's**
10:18 16:6
**amount**
7:20
**Amtrak**
6:6
**Angeles**
10:20
**answer**
10:9
**apparent**
6:9
**Apparently**
4:10
**APPEARANCE**
2:1
**appears**
5:11 11:24
**appropriate**
5:1,6,12,14 6:13,18
8:13,15 11:1,7
**area**
10:20
**argue**
16:9
**argument**
14:7
**arguments**
16:19
**arm**
10:13
**assistance**
12:11
**Associates**
2:3
**audience**
4:10
**Axler**

2:6,7 3:4 8:3,4,5
9:2
**a.m**
16:25

**B**

**BAC**
2:16 4:17 6:18
10:12
**bank**
1:3 2:16 4:12,17
5:21 7:22 8:17
10:13,17 13:5
14:14,24 16:6
**based**
10:14 13:20 14:15
14:20
**begun**
7:1
**behalf**
4:16 9:14 10:6
11:15 13:5
**believe**
10:10 13:14
**beneficiary**
7:25
**Berger**
2:10 3:5 10:4,5,6
11:10
**Berger's**
14:6
**big**
16:6
**bit**
4:21
**board**
7:19
**Bolognese**
2:3
**borrowers**
14:23
**Boston**
2:14,19 12:21,22
15:18

**briefed**
13:24 14:2
**briefing**
12:3
**brought**
6:1
**Buffalo**
5:21
**Burlingame**
2:11
**business**
14:13

**C**

**C**
4:1 17:1,1
**cab**
15:22
**Calabasas**
10:15
**California**
2:11 6:12,17 10:8
10:11,15,16,19
14:8,11,16,17,19
14:21,24 15:1,5,7
**call**
16:23
**calls**
9:15,18,19 12:8,9
**capable**
16:11
**Carolina**
8:17
**case**
4:2 5:19 6:25 9:14
10:10 11:9,23
12:1,4 13:17,18
13:19,23 14:20
15:11,15 16:10
**caseloads**
6:8
**cases**
5:4 9:7,18,24,25
11:16,24 12:2

13:9,14,14,19
**cause**
17:7
**Cendant**
6:11
**center**
5:18,21 9:1,6 10:10
**Central**
6:12,17 10:7,11,15
10:23 11:1,5,6,9
14:15 15:1,5,7
**centralization**
5:1,3
**certainly**
16:5
**Certificate**
3:10
**certification**
12:5 14:1
**certify**
17:4
**city**
8:8
**claims**
12:1
**class**
4:5,23 5:3 6:8 7:14
7:16,23 9:18
10:22 11:18 12:5
12:15 13:13 14:1
15:1,11
**CLERK**
16:22
**close**
8:16,18
**Coast**
15:20
**colleague**
13:6
**colleagues**
8:11 9:20
**come**
7:5 8:7 9:7 13:10
**comes**

9:5
comments
15:13
company
14:8,17 16:7
comparable
15:19
complaint
9:21 11:25 13:21
complete
17:4,8,9
complicated
15:10
concluded
6:9 16:25
conclusion
8:12
congestion
12:13
connection
15:14,17
connections
8:23
consent
5:13
consider
5:15 10:1
consolidated
11:17 13:13,15
consolidation
11:19
constitutes
9:1
consultation
5:11 6:15
consumer
12:14
contains
17:5
Contract
4:13
contracts
6:20
contractual

7:22
convenience
9:8 12:17
convenient
12:19
coordinated
5:1
copied
13:20
correct
11:10 12:25 17:8
costs
6:4
Cotchett
2:10 10:6
counsel
5:11 8:5 9:22 12:8
    12:20,21 16:13
country
8:23 11:23 13:18
Countrywide
2:17
couple
12:4 15:13
course
8:9
court
2:21 17:3,7,17
Courts
9:23
currently
12:12

_____
      D
D
3:1 4:1
danger
9:16
Dated
17:12
day
17:12
de
14:18

dealing
7:17
Deborah
2:21 17:3,16
Debra
2:9 10:7
decided
16:12
deems
11:7
defendant
10:25
defendants
2:16 4:25 12:19,20
    13:5
Department
8:21
deponents
8:25
depositions
14:19 15:2 16:4
determined
6:16
different
6:10 7:14
discovery
6:25 7:18 8:24 9:4
dismiss
13:23
dispute
14:25
District
4:19 5:7,12,19 6:2
    6:12,13,17,24 8:7
    8:9,12,14,15 10:7
    10:11,16,23 11:1
    11:5,6,9,19 13:15
    14:15 15:1,5,7,23
docket
4:3 12:13,13 15:9
documents
5:20 15:3
downtown
15:22

dozens
9:15,15
D.C
5:22 8:18
_____
      E
E
3:1 4:1,1 17:1,1
easily
6:6
East
15:20
Eastern
8:6,8,15
entire
10:18
ESQ
2:3,6,10,13,18
essentially
7:15
et
2:2,6,13
evidence
17:5,9
Exactly
3:23
expectation
14:2
experience
6:7,21 9:9 12:14
    15:10
experiences
9:8
extensive
12:14
extent
16:8
_____
      F
F
17:1
fact
6:9 9:3 13:20 14:15
    15:15 16:10
factor

8:19 9:10
factors
5:7 7:9
facts
9:21
far
15:6
favor
16:13
Federal
8:18
feel
4:5,6 5:5 11:19
fellow
9:22
FERGESON
4:20 7:2,5 8:1 11:8
    11:12 12:23 13:1
    14:6
Fernau
2:21 17:3,16
filed
4:17 5:15 11:23,24
    12:2,5 13:17,21
filing
9:13,21
Finally
6:23 11:3
find
13:7
firm
13:21
first
5:9 10:12 11:23
    13:17
five
15:22
focus
9:11
following
5:10 17:4
foreclosure
12:10
foregoing

In Re: Bank of America Home Affordable Modification Program                **2193**
Hearing                                                    September 30, 2010
                                                                    Page 20

| | | | | |
|---|---|---|---|---|
| 17:7 | **Goodwin** | **homeowners** | **intended** | **Justin** |
| **form** | 2:18 | 6:20 | 7:24 | 2:10 10:6 |
| 8:13 | **Government** | **homeowner's** | **involve** | |
| **formation** | 8:19 | 7:24 | 7:24 | **K** |
| 5:23 | **Grabar** | **homes** | **involved** | **Kavanagh** |
| **forms** | 2:3 3:3 4:14,15,16 | 10:19 | 9:9 14:10 15:5 | 2:13 3:6 11:13,14 |
| 6:6 | 4:22 7:4,8 8:2,19 | **Honor** | **Isaac** | 11:15 12:25 13:8 |
| **forum** | **Grabar's** | 8:2 9:3 11:11 | 2:2 | 13:17,24 14:3 |
| 8:16 11:20 | 9:4 | **Honors** | **issue** | 15:8 |
| **forward** | **gracious** | 4:15 8:4 10:2,5 | 12:14 | **key** |
| 16:11 | 16:21 | 11:3,14 12:17 | **issues** | 5:20 |
| **found** | **gravity** | **Honor's** | 7:18 13:18 16:12 | **kind** |
| 16:1 | 5:19 9:1,6 10:10 | 10:9 | | 8:8 |
| **frankly** | **guys** | **host** | **J** | **Klein** |
| 9:5 15:25 | 14:18 | 16:21 | **JAMES** | 2:14 |
| **frequently** | | **houses** | 2:18 | **know** |
| 5:8 | **H** | 9:16 | **Jersey** | 4:4 5:9,17 6:22 9:2 |
| **fully** | **H** | **hundreds** | 4:19 5:7,13,19 6:2 | 9:2,16,17,19 |
| 13:23 14:1 | 2:3 | 12:9 | 8:12,15 12:24 | 15:19 16:1,3,6 |
| **further** | **Haber** | | 15:14,18 | |
| 7:13 16:23,24 | 2:6 8:5 | **I** | **Jim** | **L** |
| **future** | **Habers** | **identical** | 13:4 | **large** |
| 16:13 | 9:14 | 7:18 | **Johnson** | 6:5 13:20 14:23 |
| | **HAMP** | **immediately** | 2:13 13:6,6 | **Law** |
| **G** | 1:4 5:25 7:25 8:20 | 14:4 | **Joseph** | 1:10 2:7 16:20 |
| **G** | **headquartered** | **important** | 2:6 8:5 | **lawsuits** |
| 4:1 | 6:19 12:20,20 | 8:19 | **Josh** | 6:10 |
| **geographical** | **headquarters** | **inconvenience** | 4:16 | **lawyers** |
| 5:18 | 8:17 | 6:4 | **JOSHUA** | 15:16,17 |
| **getting** | **hearing** | **individual** | 2:3 | **learned** |
| 15:19,24 | 1:1 14:3 17:7 | 7:6,10,19,23 11:18 | **judge** | 9:20 |
| **Gina** | **hears** | 13:14 | 4:2,9,18,20 6:3,7 | **leave** |
| 8:5 | 9:23 | **infancy** | 6:21 7:2,5 8:1,3 | 4:6,8 |
| **given** | **Heyburn** | 7:15 | 8:22 9:24 10:3 | **left** |
| 14:4 | 4:2,9 8:3,22 10:3 | **Initially** | 11:5,6,8,9,12 | 4:2 |
| **go** | 13:2 15:24 16:10 | 11:22 | 12:12,23 13:1,2 | **Let's** |
| 14:17,18 | 16:15,17 | **initiated** | 14:6 15:8,24 16:2 | 11:13 |
| **going** | **hold** | 8:20 | 16:9,11,15,17 | **limits** |
| 4:3 7:17 9:7,17 | 16:2 | **injunction** | **judges** | 16:4 |
| 14:17,18 15:2,3 | **Home** | 13:25 | 9:9 | **literally** |
| 16:4,12 | 1:3 2:16,17 4:12,18 | **injunctive** | **judicial** | 13:20 |
| **good** | 6:18 10:12 14:14 | 12:6 | 1:1 16:22 | **litigated** |
| 4:7,15 8:4 10:5 | **homeowner** | **instances** | **jurisdiction** | 13:9 |
| 11:14 13:4 | 7:23 | 7:19 | 5:6,14,16 6:3,24 | **litigation** |
| | | | | 1:1 4:13 6:11 7:20 |

8:10,13,24 9:11
16:1,3
little
4:20
live
15:16
LLC
2:3,7
LLP
2:18
loan
4:18 10:12,14
Loans
2:16,17 5:21 6:18
14:14
location
5:23
Logan
15:18,21
looked
9:24
Los
10:20
losing
9:16
lot
7:21 9:20,25 10:1
16:7
lots
8:23
LP
2:16

**M**

M
2:21 17:3,16
majority
6:16 8:11
Massachusetts
2:14,19 11:15,20
11:22,25 12:1
13:16 14:20 16:14
material
10:1

matter
4:25 16:17
matters
11:2
Matthews
2:9 10:7
max
4:4
McCarthy
2:10 10:6
McGarry
2:18 3:7 13:3,4,4
14:12 16:8,16
MDL
1:4 6:8,9 7:7 12:24
15:9
MDLs
12:13,15 15:10
mean
4:9 12:18
members
10:23 15:1
mentioned
8:20 12:8 13:17,24
15:8
Mikhail
2:2 4:16 5:5
Mikhails
15:16
Mikhail's
15:15
minimized
6:4
minutes
4:4 15:22
modification
1:4 4:13 6:19
modifications
10:14
morning
4:15 8:4 10:5 11:14
13:4
mortgage
10:18 14:13

mortgages
10:20,21
motion
13:23,25,25 14:4
motions
12:4,7
moving
16:11
MULTIDISTRI...
1:1

**N**

N
3:1 4:1
named
14:25
Nashville
1:11
nationwide
10:21
near
16:13
need
12:10
new
4:19 5:7,12,19,22
6:2 8:12,14 10:1
12:24 15:14,17
Newark
6:2 15:18
news
9:5
Noah
2:6,7 8:5
North
8:17
number
7:9,9 13:9,16 14:23
14:23

**O**

O
4:1
obligations
7:22

obviously
6:5,18
occurred
6:20 7:10,20
October
17:12
odd
13:7
Office
2:7
one-third
10:17
operation
5:21 14:15
organize
16:3

**P**

P
4:1
PA
5:22
Page
3:2
panel
1:1 5:8,9,15 11:7
13:7 16:22
papers
9:25
paperwork
4:24
part
7:7 9:13 13:21
participation
5:24
particular
11:5 12:15
parties
4:23 5:16 6:15 9:8
Patricia
2:13
payment
7:12
pending

4:18 8:6 9:25
Pennsylvania
2:4,7 8:7,9,16
people
12:9 14:9
percent
10:19,21
personally
12:18
Philadelphia
2:4,7 8:7
phone
12:7,9
phonetic
3:23
pick
9:6
picture
15:25
pitch
15:21
Pitre
2:10 10:6
Pittsburgh
5:22
place
7:14 8:25 12:24
13:11 16:5,6
places
15:6,20 16:7
plaintiff
2:9 14:22,25 15:16
plaintiffs
2:2,6,13 4:16 5:5
5:11,14 6:16 8:6
9:15,22 11:16,22
12:8 14:10 15:6
16:5
Plaintiff's
12:21
plan
7:12
plenty
6:21

plurality
10:22 14:9
point
11:4 14:10,11,13
points
15:14
portfolio
10:18
position
13:7
potential
9:15
preceded
4:11
preferences
5:16
preliminary
12:6 13:25
presided
12:16
presides
6:3
pretrial
5:1
pre-HAMP
7:10
procedural
12:3
procedurally
9:12 12:2 13:22
 15:11
proceed
7:1 11:21
proceeded
9:5
proceeding
16:25
proceedings
5:2 15:10 17:6,11
Procter
2:18
produced
15:3
program

1:4 4:13 8:20 14:7
progressed
6:25
provisional
12:5 14:1
proximate
5:20
purport
6:12
purpose
12:7
putative
10:22

**Q**

question
7:3 10:9
quite
15:25

**R**

R
4:1 17:1
rail
6:7
raised
9:10
rare
13:10
Real
6:21 11:9
really
14:7 16:2
reasons
8:14 10:12 13:16
received
9:19
receiving
9:14 12:9
recess
16:23
record
17:10
regional
6:7

related
5:3
relatively
15:19
relief
12:6 14:4
remains
6:24
reporter
2:21 17:3,17
Reporter's
3:10
represent
4:23
reputation
4:10
request
11:5
requested
17:5,9
residential
10:18
resides
14:25
respect
5:24 7:16,21 8:9
response
14:13
responses
5:10
result
9:18
reviewing
5:10
right
7:24 11:12
rise
16:22
rob
4:9
Roddy
2:14
Ryan
2:14

**S**

S
4:1
SAITH
16:24
schedule
4:5
School
1:10 16:21
seat
8:18
Seattle
9:5
second
10:17 12:6
see
11:13
seek
4:23
seeking
11:4
selecting
5:16
September
1:9
services
5:23
servicing
2:16 4:18 10:12
 14:14
set
8:24 15:17
Shannon
11:15
SHEENAN
2:13
sic
3:23
significant
7:20 16:12
significantly
7:13
similar
7:18 10:22

sir
4:22
skill
6:8
somebody
7:11
sort
15:24
sought
14:5
Sounded
3:23
Speak
4:20
stand
16:23
Stated
3:23
statement
9:4
STATES
1:1
straight
7:21
students
4:6,8
subject
16:23
submission
16:18
submitted
4:24
subsequently
11:24
substantially
6:25 13:19
suitable
8:16 11:20
support
6:17 8:11
sure
9:21

**T**

**T**
2:10 17:1,1
**take**
4:3 14:18,19 16:2
  16:17
**taken**
15:2
**takes**
15:22
**tasked**
10:13
**template**
11:25
**temporary**
7:12
**Tennessee**
1:11
**terms**
12:17 14:16,22
  15:4,19
**thank**
8:1,2 10:1,3 11:7
  11:11 13:1,2
  16:15,16,18
**thanks**
16:20
**things**
14:12
**think**
7:8,17 9:7,9 13:12
  14:16 16:9,10
**third**
10:25
**third-party**
7:24
**three**
10:11
**time**
4:7 11:11 17:10
**TLCR**
17:16
**told**
6:23
**tons**

15:9
**total**
4:3
**tough**
9:6
**transcribed**
17:6,10
**transcript**
17:5,8
**transcription**
17:9
**transfer**
11:4,6
**transferee**
5:6,12
**transferred**
6:10 11:17
**Treasury**
8:21
**trial**
7:12 17:11
**true**
9:22 14:16
**trying**
7:12
**type**
14:4
**typically**
5:15

**U**
**ultimately**
9:23
**unanimous**
5:13
**UNITED**
1:1
**University**
1:10
**urge**
12:24
**urgent**
12:10
**USC**

5:2
**use**
11:25

**V**
**Vanderbilt**
1:10 16:20
**various**
5:10 15:20
**vast**
6:16
**venue**
6:18 11:2
**view**
14:10
**views**
5:8

**W**
**W**
2:18
**Walls**
4:19 6:3,7
**want**
9:16 11:3 15:13
**Washington**
5:22 6:13,24 8:18
**week**
12:9 14:2
**Western**
6:13,23 15:23
**We'll**
16:17
**we're**
7:17 12:8
**whatsoever**
15:14
**whichever**
9:23 11:6
**wholeheartedly**
13:8
**willing**
16:2
**witnesses**
5:20 14:17,19,22

15:4
**Word**
3:23
**words**
8:8

**X**
**X**
3:1

**Y**
**years**
13:10
**York**
5:22

**Z**
**Zobel**
12:12 15:8

**0**
**04**
3:3
**08**
3:4

**1**
**10**
3:5 4:3
**10:59**
16:25
**11**
3:6
**12**
10:19,20
**13**
3:7 10:19,21
**1407**
5:2
**15**
4:4
**15th**
17:12
**17**
3:10

**2**
**2010**
1:9 17:12
**2193**
1:4 4:12
**28**
5:2

**3**
**30**
1:9
**306**
17:16

**4**
**40**
9:7

**5**
**51**
6:10